[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 17, 2005
THOMAS K. KAHN
CLERK

Nos. 04-13420 and No. 04-16441

D. C. Docket No. 02-00617-CV-FTM-SPC

DJM, LIMITED,

                                        Plaintiff-Appellant,

versus

ISLAND YACHTING MANAGEMENT, INC.
f.k.a. Island Yachting Centre, Inc.,
ISLAND YACHTING CENTRE, LLC,
WILL DITTMER,
IAN JARMAN,

                                        Defendants-Appellees.

Appeals from the United States District Court
for the Middle District of Florida

(May 17, 2005)

Before TJOFLAT and KRAVITCH, Circuit Judges, and MILLS[*], District Judge.

---

[*]Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

PER CURIAM:

   **AFFIRMED**.  <u>See</u> 11th Cir. R. 36-1.[1]

---

[1] 11th Cir. R. 36-1 provides:
   When the court determines that any of the following circumstances exist:
        (a)  judgment of the district court is based on findings of fact that are not clearly erroneous;
        (b)  the evidence in support of a jury verdict is sufficient;
        (c)  the order of an administrative agency is supported by substantial evidence on the record as a whole;
        (d)  summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
        (e)  judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.